COURT COPY

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Dave Thomas PRO, SE
Name under which you were convicted

104278
Your prison number

CIVIL ACTION NO. 1:17-cv-318-CG-N
(To be supplied by Clerk of Court)

AFFIE PACheo, EtAL
Name of Defendant(s)

G.K. Fountain 9677 Ala. Hwy. 21 N. Atmore, Ale. 36503
Place of Confinement and Address

FILED JUL 10 '17 PM 1:23 USDC-ALS

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

     If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

     If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

     Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be stricken</u>. See Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

# I. **PREVIOUS LAWSUITS.**

A.  Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( )      No (✓)

B.  Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes (✓)      No ( )

C.  If your answer to questions A or B above is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1.  Parties to this previous lawsuit:

Plaintiffs: Dave Thomas

Defendants: Worden Lessie Thompson, Ron Jones et. al.

    2.  Court (if federal court, name the district; if state court, name the county): _____
SOUTHERN DISTRICT

    3.  Docket Number: Don't remember

    4.  Were you granted the opportunity to proceed without payment of filing fees?
Yes (✓)   No ( )

    5.  Name of judge to whom the case was assigned: Don't remember

    6.  If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

Case was dismissed.

    7.  Approximate date of filing lawsuit: Feb. 1979

3

Parties, Defendants.

1. Lt. Alfie Pacheo,               employed as a Lieutenant, Supervisor,
                                                  Corrections officer
   G.K. Fountain C.F.

   9677 Ala. Hwy 21 N.           Failed to provide adequate security and

   Atmore, Ala. 36503            Medical attention.


2. Calvin Wilson          employed as:   COI Corrections officer Ala. Dept of
                                                  Corrections.
   G.K. Fountain C.F.

   9677 Ala. Hwy 21. N.     Failed to provide adequate security and

   Atmore, Ala. 36503        Medical attention


3. Cynthia Stewart.    employed as Warden III, Ala. Dept. of Corrections
                                    Supervisor over J.O. Davis Unit and G.K.
   G.K. Fountain C.F.                Fountain C.F.

   9677 Ala. Hwy. 21 N      Warden of institution is directly responsible for

   Atmore, Ala. 36503       Security and care of inmates


4. Corizon Health Care

   G.K. Fountain C.F.                Is responsible for providing medical care to

   9677 Ala. Hwy. 21 N.         the Alabama Dep't of Corrections inmates

   Atmore, Ala. 36503


5. C. Kil Patrick, LPN.      employed as LPN Nurse by Corizon Health Care
                                     at G.K. Fountain Unit.
   G.K. Fountain C.F.

   9677 Ala Hwy. 21 N          responsible for providing medical care to inmates.

   Atmore, Ala. 36503

6. Jacqueline Simmons, RN          employed as RN, by Corizon Health care
   G.K. Fountain C.G.              at G.K. Fountain.

   9677 Ala. Hwy. 21. N.          responsible for providing medical care to inmates

   Atmore, Ala. 36503

7. Karen    Stone , Doctor       employed as Doctor by Corizon Health Care
   G.K. Fountain C.F.            at G.K. Fountain

   9677 Ala. Hwy. 21 N            responsible for providing medical care to inmates.

   Atmore, Ala. 36503

8. Any unnamed and unknown persons involved in this incident that may
   become Known to the petitioner or Court.


All listed parties are being subjected to this lawsuit through their
official capacities as well as their personal and individual capacities,
as employees of the Alabama Department of Corrections, and the
Corizon Health Care Company which employes them.
  This lawsuit is being brought under 42 U.S.C. 1983, for violation of
United States Constitutional Law, as well as under the Color of Alabama
State Law, for direct violations of.
   1. Lack of Medical care.
   2. Lack of Security, due to lack of trained Ala. Dept of Correction
      officers being on duty at J.O. Davis, on March 1, 2016 and at present.
   (2) two officers supervising 400 inmates.)
   3. Lack of proper procedures in transportation of emergency
      Medical situations such as is involved in this cause.

Pg. 4 continued               Claims

1. On March 1, 2016 at approximately 1:00 am, this petitioner was assaulted while asleep in his bed in N-dorm, bed 6A1, at the J.O. Davis Correctional Facility, in Atmore, Alabama.

2. An inmate (Mark Mowin) had dashed scalding hot shaving powder, mixed with baby oil, which went upon my face and other parts of my upper body. (See Attached Exhibit 1, patient information factsheet)

3. Petitioner awoke screaming and having no idea what had occurred. Petitioner grabbed his face, neck, and tried to rub the liquid off his face. I realized that I was pulling the skin off my body and face. It was later determined that I had suffered 2nd and 3rd degree burns. (See: Exhibit 1, as diagnosed by Corigan Healthcare nurses)

4. There were only 2 officers assigned to the J.O. Davis Facility on the night of this incident, in charge of approximately 400 inmates. Neither of these officers were on their posts making rounds through the dormitories, they were in fact sitting in the air conditioned shift office talking.

5. The petitioner ran to the shift office for help. COI Calvin Wilson, started questioning this petitioner "who did this", "Tell me". Petitioner stated Mark Mowin,

6. The officer ran looking for the inmate Mowin,

7. The petitioner ran to the bathroom, trying to get the hot shaving powder and baby oil off his face, neck, and shoulder area. The shaving powder would _not_ come off because of the baby oil mixture.

8. The petitioner repeatedly asked to be taken to a hospital for medical treatment.

4A

9. Petitioner was told "No", "I can't leave here and take you to a hospital, There's no other officers here besides us" (Lt Pacheo, and CoI Wilson)

10. These two officers were the only security, or security personnel guarding 400 inmates on this March 1, 2016 night shift. In actual fact Lt Pacheo was the shift supervisor running the shift office and CoI Wilson was the only cover to supervise 4 (four) dormitories, yet he was in fact sitting in the Air Conditioned shift office and not monitoring any dormitories.

11. While Petitioner kept repeatedly requesting medical assistance, Lt. Pacheo made the statement: "I can't take you to a hospital, nor can I call an ambulance, I can only take you to the medical unit at Fountain (G.K. Fountain Correctional facility's Medical unit), then I have to come back here."

12. CoI Wilson said basically the same statement about not being able to help this petitioner with medical assistance, or his being able to leave the J.O. Davis facility.

13. CoI Wilson did actually transport this petitioner to the G.K. Fountain Medical unit after about 30 minutes. Even though petitioner was in severe pain and suffering from the combination of chemicals that had been thrown upon him.

14. While awaiting this transport, J.O. Davis was put on lockdown, and all inmates were put on their beds. Inmate Mawin was brought to the shift office by Lt. Pacheo and questioned. He denied having anything to do with the incident and was let go, at that time.

15. Petitioner continued to request medical treatment, and continued to suffer from his burns, and was basically ignored by the two officers, until finally transported to G.K. Fountain. At no time did these officers

assist petitioner with his medical needs.

16. When this petitioner arrived at the G.K. Fountain Medical Unit, he was placed in the medical unit.

17. Petitioner was not transported to an outside medical facility even though he was severly burned with 2nd and 3rd degree burns upon his face and upper body. (see Exhibit I, admitting diagnois statement) This incident happened on 3-1-16, yet this Exhibit 1 was filed on 3-3-16.

18. Petitioner was given the very basic of pain medications, he was not sent to any outside medical burn facilities, or hospitals, and was made to deal with his condition and pain while locked in the G.K. Fountain medical word.

19. The petitioner remained unseen by any medical doctor for two (2) days in this condition.

20. On March 3, 2016, Dr. Stone, KAREN came to G.K. Fountain, when she was presented with the petitioner in person, she immediately stated, "Get him to a hospital for immediate medical treatment." "I am not going to lose my job."

21. Dr. Stone KAREN asked the Nursing staff that was present, "why hasn't he been sent out to the hospital"

22. The Nurse told Dr. Stone, KAREN "We, don't know, he was brought over here on Wednesday about 1:00 AM by J.O. Davis officers and they just left him here." The escorting officer said he had to return to J.O. Davis. because Lt. Pashew was all by himself."

23. Dr. Stone, KAREN told this petitioner that he was being sent out to the hospital for treatment, and that she wasn't going to lose her Job over this incident."

4c

24. Petitioner was repeatedly told by the nursing staff that they had no authority to order him transported to an outside medical facility.

25. At no time would the nursing staff answer the questions about whether they had even called the proper authorities or Doctor to authorize his transportation for outside medical attention.

26. The questions about proper procedures that should have been followed in this instance have never been answered by the individuals involved.

27. When the petitioner was transported to the outside Medical facility two (2) days after the initial incident, skin grafts were preformed, proper pain medications were issued and the Medical staff that was performing the treatments stated to petitioner, "Had you been brought in sooner, you wouldn't be in such bad a condition as you are."

28. Petitioner was returned to the G.K Fountain Medical ward and when at a later time spoke to Lt. Pacheo, the Lt. stated, "I don't want to talk to you. I don't have time."

29. When this petitioner spoke to Warden Cynthia Stewart, about the situation, and the non medical treatment prior to finally being sent to the outside hospital she stated: "Someone is going to come and talk to you."

30. The petitioner finally had to write to the I o I investigating unit of the Alabama Dep't of Corrections for assistance.

31. Inmate Mark Melvin confessed to causing this petitioners injuries.

32-40  Any further facts that may need to be addressed.

4D.

8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: _J.O. Davis Correctional Facility_

B. Date it occurred: _March 1, 2016_ _____

C. Is there a prisoner grievance procedure in this institution? _no_

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)    No ( )

E. If your answer is YES:

   1. What steps did you take? _Talked to Facility Chain of Command._
      _Capts. Lts. Sgt. (See Attached)_

   2. What was the result? _Nothing was done._ _____

F. If your answer is NO, explain why not: _There is no formal grievance procedure in place within_
   _the Alabama Dept of Corrections. to address this claim._

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

   _See Attached pages 4A- 4D_ _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

4

_____

_____

## III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): ___ Dave Thomas  )04278 _____

      Your present address: C.K. Fountain 9677 Hwy 21 N. Atmore, Ala. 36503

B. <u>Defendant(s)</u>:

1. Defendant (full name) _____ is employed as _____ at _____.

    His/her present address is _____ See Attached _____.

    (a) Claim against this defendant: _____

_____

    (b) Supporting facts (Include date/location of incident): See Attached

_____

_____

_____ see Attached _____

2. Defendant (full name) _____ is employed as _____

at _____.

    His/her present address is _____ See Attached _____.

    (a) Claim against this defendant: _____

_____

    (b) Supporting facts (Include date/location of incident): See Attached

_____

_____

_____

3. Defendant (full name) _____ is employed as _____

at _____ See Attached _____.

5

His/her present address is _____  *See Attached*

(a) Claim against this defendant: _____  *See Attached*

_____.

(b) Supporting facts  (Include date/location of incident): *see Attached FACTs:*

_____

_____

_____

C.  Additional Defendants:  (If there are additional defendants, you may list them on separate pages using the same outline above).    *See Attached*

IV.  A.  You must answer the following questions:

1.  State the conviction(s) for which you are presently incarcerated: *Murder 1*

_____.

2.  When were you convicted? *- 1977*

3.  What is the term of your sentence? *Life*

4.  When did you start serving this sentence? *1977*

5.  Do you have any other convictions which form the basis of a future sentence?
        Yes ( )      No (✓)

If so, complete the following:

(a)  Date of conviction: *Oct-19- — 1977*

(b)  Term of sentence: *LiFE sentence*

6.  What is your expected end of sentence (E.O.S.) date? *99999, Life*

B.  If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |

6

part V.

1. Compensation to be determined for Refusal of adequate medical treatment, and pain and suffering.

2. Compensatory and punitive damages to be determined for mental anguish as well as pain and suffering, and Refusal of medical treatment.

3. Any and all further damages to be determined by this court, or a jury of hearing.

4. Any further compensations to be determined at a later date.

*Dave Thomas*
DAVE THOMAS

7A.

|  |  |  |  |
|---|---|---|---|
| Invalidated | yes( ) no( ) | yes( ) no( ) |  |
| Writ of habeas | yes( ) no( ) | yes( ) no( ) |  |
| corpus granted |  |  |  |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

**V.** State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

_____ See Attached pg 7A _____

_____

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_7-6-2017_
Date

_Dave Thomas_
(Signature of Plaintiff Under Penalty of Perjury)

_C.K. Fountain  9677 Hwy 21 N_
Current Mailing Address

_Atmore, Ala. 36503_

_____ N/A _____
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

7



**INFIRMARY ONLY**

**CORIZON**
*Promote a culture of safety*

**Infirmary-Patient Information Fact Sheet (PIF)**
*Orientation*

| | | | |
|---|---|---|---|
| Facility Name | FCC | Admitting Diagnosis | 2nd and 3rd degree Burns to Face and upper torso |
| Patient's Name Last | Thomas First Dave | MI | ID Number 104278 Birth date 2/7/54 |
| Allergies ○ N ⊗ Y If Yes List: | ASA | | |

### You have been admitted to the Infirmary because:

You have several burns over your face and torso

### To help you get better as quickly as possible the practitioner has written the following orders for you:

**Goals of care:** No infection, pain control

**Your activity level is:** As Tolerated

**Your diet is:** Regular ē Supplements

**Your mealtimes are:** 0330, 1130, 1630

**Your medicines are:** T3 ii, q 6° PRN, Tylenol 650mg q 6° PRN, Advil 200mg ii, BID X 7D Silvadene 100g

**Your medicine times are:** 0500, 1800, As Needed

### The following care is being set up for you:

**Lab work and other tests:** None

**Treatments:** Cleanse and debride dead skin BID ē sterile water then apply Silvadene and 100% gauze dressing BID

**Other:** ○ IV NS at 125ml/hr × 1 Liter

### You also need to know:

**Nursing Rounds: the nurse will see you at least:** Twice a Shift

**Practitioner Rounds: the practitioner will see you at least:** Daily M-F and/or PRN

**Your medical practitioner is:** Dr Stone

**Your mental health clinician is:** N/A

**You also need to know that:** You are at Risk for infection 2° impaired skin

| | | |
|---|---|---|
| ✗ Dave Thomas | Date | |
| Patient Signature | | |
| Jacqueline Damson RN | RN | 3.3.16 |
| Health Staff Signature | Title | Date |

©2013 Corizon, Inc., All rights reserved.

Exhibit 2

**INFIRMARY ONLY**

**CORIZON™**
Promote a culture of safety

Infirmary-Patient Information Fact Sheet (PIF)
*Fall Risk*

| | |
|---|---|
| Facility Name | Fountain Correctional |
| Admitting Diagnosis | 2nd/3rd degree burn to face and hands |
| Patient's Name  Last | Thomas  First Dave  MI |
| ID Number | 042928 Date 2/7/54 |
| Allergies ○ N ⊗ Y: List | ASA |

**Why do we need to talk about fall risk?**
- To help medical staff to look out for your safety and well-being
- To help you to learn ways to avoid injuries

**What causes one to be at risk?**

**You may have a higher risk for falling if:**
- ☐ You have had a recent fall
- ☐ You have a medical condition that makes you at risk for a fall
- ☑ You have an IV (or using an IV pole)
- ☐ You are use a cane, crutches, a walker, wheelchair, or: _____
- ☐ You have problems with your balance
- ☐ Your legs are weak
- ☐ You are on bed rest
- ☑ Certain medicines: T3 _____

**What should I do?**

**You should:**
- Ask for help from staff when getting up or walking
- Let the staff know if you do not feel well  or  you do not feel steady on your feet
- Do not hold on to anything (like bedside tables) that could move
- Make sure you can reach your walking aids from your bed or chair
- Watch out for spills or objects in your way on the floor
- Make sure your footwear is not slippery
- Wear glasses if you have them
- Make sure your clothing is not in your way while you walk so that you don't slip or trip over it
- **Do not walk in stockings (TEDS), scuffs, or shower sandals**

**Call for help:**
- If you need help walking
- If you need help getting in or out of bed or into a chair
- If you feel ill or unsteady on your feet
- If you fall or feel like you might fall

| | | |
|---|---|---|
| X Dave Thomas | | |
| X Jacqueline Edwin | RN | 3.3.16 |

NA7248
Issued 11/01/2013

©2013 Corizon, Inc., All rights reserved.
Page 1 of 1

*Exhibit 3*

**INFIRMARY ONLY**

**CORIZON™**
*Promote a culture of safety*

Infirmary-Patient Information Fact Sheet (PIF)
*Discharge From the Infirmary*

| Facility Name FCC | Admitting Diagnosis Burns |
|---|---|

| Patient's Name | Last Thomas | First Dave | MI | ID Number 104278 | Birth date 2/7/54 |
|---|---|---|---|---|---|

Allergies ○ N ☓ Y: List ASA

**You were admitted because:**

You have burns to the face/neck/shoulder areas

**To help you stay healthy, the practitioner has written the following orders for you:**

Get regular exercise. Your activity level is: As tolerated

Make healthy food choices. Your diet is: Regular

**Medicine may not work if you do not take it the way you are supposed to. Your medicines are:**

Peridex

Bactriban

**The following care is being set up for you:**

You are enrolled in the following chronic care clinics : None

Treatments: Daily dressing changes

Lab work and other tests: None

Specialist or off site care: none

**You also need to know:**

The following equipment has been ordered for you: _____

Other: _____

| Dave Thomas | | |
|---|---|---|
| Patient Signature | Date | |
| C. Vinowicz | CPN | 3-28-16 |
| Health Staff Signature | Title | Date |

NA7492
Issued 11/01/2013

©2013 Corizon, Inc., All rights reserved.

## <u>SWorn Affidavit</u>

I, DAVE Thomas Who is Over the Age of Twenty-one (21) A Resident of T.O. DAvis Corr. Facility Located in Atmore, EScambia Alabama. I am under the Custody and Care of Warder Cynthia Stewart and Warder Streeter, I am in my Right mind At the time of This Sworn Affidavit, and I submit the Following Facts under the penalty of perjury.

That on March 1, 2016 Around 12:59 or 1:00 am inmate marck malvin did throw Boiling Hot shaving powder mixed With Baby Oil on my Face, Neck and shoulder, Causing 2nd & 3rd Degree Burns. I Was Asleep. I Screamed For Help, but No One Was Available To help ME. Their Was No security in The dormitories. There Was only Two(2) Officers on Duty, LT. Pacheo and CoI Williams and both Were in the shift office Sitting and Talking. The Cameras Recording Will show how long No One officer Was in The dormitory. I believe Had A Officer been on his duty Rovering The dorms This incident may Have been avoided. Their is A Lack of security at T.O. DAvis To MOnitor 400 inmates, Only (1) One officer CoI Williams. LT. Pacheo Was shift Commander he only Comes Out To perform Count. I Was denied being Taken To A Free World Hospital by BOTh L.T. Pacheo and CoI Williams. They both Knowingly and Willfully Failed to Call For

(6)

a ambulance. They left me to myself trying to pull off or wipe off the shaving powder and I pulled my skin off due to the pain. I was made to suffer in this condition for 30 minutes or longer with no medical assistance, until COI Williams took me to G.K. Fountain Infirmary where I was left. The nursing staff would not take me to a free world hospital nor call a ambulance. Instead, they let me stay there for 3 days in my condition, in pain suffering with little medical assistance. No one would help me, not warden Stracener, not warden Stewart, not Lt. Packard, COI Williams or the nursing staff. After three days or more Lt. Stone came in & saw me in this condition and asked the nursing staff why they had not sent me to a free world hospital for emergency medical treatment, they said they didn't know why. No one called Lt. KAREN Stone to inform her of my injury they left me to suffer. Lt. KAREN Stone ordered that I be taken to a hospital. The hospital staff said: "I should have been here long before now and that my condition is worse due to the prison staff neglect." I underwent skin grafts and pictures were taken by It-I Division of my medical condition at G.K.

⑦

Fountain Infirmary.

I believe that All Named persons in this *and personal capacities* Suit have in their official capacities Under the Color of State law knowingly and Willfully Failed To take The proper steps in getting me proper Medical Assistance and Treatment. That They Failed to provide me Security due to the overcrowding and Understaffing of The officers. Warden Streeter & Warden Stewart are Responsible because They Knowingly and Willingly denied me going To A Free-mean Nospital and left me To suffer extremely with little or No Medication - my 8th Amendment Right was Violated, and I suffered both physical and *Due to the hbos not doing required Job* mental Anguish, ~~Due to a lack of security~~

I submit This Affidavit under 18 U.S.C. 1746

Done on this 6 day of July 2017

Dave Thomas

DAVE Thomas

no →

⑧

MR DAVE THOMAS AIS#104278
FOUNTAIN 3800, DORM#NO. I-38A
ATMORE ALABAMA
        36503





UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
ATTN: CLERK OF COURT
113 ST. JOSEPH STREET

MOBILE, ALABAMA
                36602

LEGAL MAIL