# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVE THOMAS, (AIS #104278) | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 17-318-CG-N ) |
| ALFIE PACHEO, et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Pacheo, Stewart, Corizon Health, Inc., Simmons, Kilpatrick, and Stone, and those claims presented against the defendants are **DISMISSED** with prejudice.

**DONE and ORDERED** this 19th day of September, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE