# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVE THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO 17-318-CG-N |
| ) | |
| ALFIE PACHEO, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated September 20, 2019, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 29th day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE