IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| DAVE THOMAS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | CIVIL ACTION NO 17-318-CG-N |
| ALFIE PACHEO, et al., | ) |  |
| Defendants. | ) |  |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of Defendant Calvin Wilson on all claims and that Plaintiff Thomas' complaint is dismissed in its entirety with prejudice.

**DONE and ORDERED** this 29th day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE